In the Matter of the Claim of RAYMOND MILLER, Respondent, against LISK MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied. Motion for order fixing and

directing payment of penalties and additional sums of money provided by Workmen's Compensation Law for failure of employer and carrier to pay award within time fixed by Workmen's Compensation Law, and by reason of taking appeal by employer and carrier without intention to prosecute same, denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See *post*, p. 876.]